UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) | |
| vs. | ) | CAUSE NO. 1:11-cr-0210-SEB-TAB |
| THOMAS L. WOOD,<br>    Defendant. | )<br>)<br>) | - 01 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise LaRue's Report and Recommendation that Thomas L. Wood's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 6 months, in the custody of the Attorney General. Upon Mr. Thomas L. Wood's release from confinement, he will be subject to 24 months of supervised release under current conditions of supervised with the following additional conditions:

    (a)   financial disclosure;

    (b)   substance abuse treatment and testing;

    (c)   search/seizure;

    (d)   sex offender registry requirements;

    (e)   computer restriction and monitoring, including smart phones;

    (f)   sex offender treatment with polygraph testing and the release of the presentence report to the treatment provider;

(g) no contact with minor children unless approved by USPO; and

(h) not to possess or view pornography, erotica or nude images.

The Court recommends the Defendant be designated to USP Terre Haute.

SO ORDERED. 8/15/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.

U. S. Parole and Probation

U. S. Marshal